**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED FIRE & CASUALTY COMPANY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **No. 5:23-CV-484 (CAR)** |
| v. | : | |
| | : | |
| **BUDGET SERVICES & SUPPLIES, LLC, WILLIE J. BILLINGSLEA, JR., and CORA BILLINGSLEA,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER FOR SUPPLEMENTAL BRIEFS

Currently before the Court are Plaintiff's Motion for Summary Judgment [Doc. 16] and Defendants' Motion for Summary Judgment [Doc. 21].

The Court is currently reviewing the parties' briefs and the record in this case. The Agreement of Indemnity contains an Iowa choice of law provision[1] that the parties have not addressed. As such, the Court **ORDERS** the parties to file supplemental briefs on whether Iowa law governs Plaintiff's claims against Defendants, and if so, whether the

---

[1] *See* 2020 Agreement of Indemnity ¶ 22 ("This Agreement shall be governed by and construed in accordance with the laws of the State of Iowa, including statutes of limitation, without regard to such state's conflicts of law rules.").

parties will need additional time for briefing. The parties have **7 days from the date of this Order** to file their briefs, and such briefs **may not exceed 5 pages in length**.

    **SO ORDERED** this 28th day of April, 2025.

                    S/ C. Ashley Royal
                    C. ASHLEY ROYAL, SENIOR JUDGE
                    UNITED STATES DISTRICT COURT