IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00484-CAR |
| | * |
| BUDGET SERVICES & SUPPLIES, LLC et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated July 1, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $7,580,822.02,. The amount shall accrue interest from the date of entry of judgment at the rate of 3.98% per annum until paid in full.  Plaintiff shall also recover costs of this action.

This 2nd day of July, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk